TIMOTHY D. McGONIGLE PROF. CORP.
Thomas W. Foote (SBN 151013)
tfoote@gmail.com
Teresa Z. Youhanaie (SBN143393) (*Counsel for Service.  Petition for admission pending)
tyouhanaie@icloud.com
1880 Century Park East, Suite 516
Los Angeles, California 90067
Telephone: (310) 478-7110
Facsimile: (888) 266-9410

BAKER, DONELSON, BEARMAN, CALDWELL
 & BERKOWITZ, PC
Amy L. Champagne (admitted *pro hac vice)* (Counsel for Service)
achampagne@bakerdonelson.com
Samuel D. Gregory (*admitted pro hac vice*)
sdgregory@bakerdonelson.com
100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: (601) 351-2400
Facsimile:  (601) 351-2424

*Attorneys for Defendant*
LSP Products Group, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY HARRIS, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>LSP PRODUCTS GROUP, INC.<br><br>        Defendant. | Case No. CV 18-02973-TLN-KJN<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME**<br><br>Hon. Troy L. Nunley<br><br>Current Deadline: Nov. 27, 2018<br>New Deadline: December 18, 2018 |

## JOINT STIPULATION

COME NOW, Plaintiff Tiffany Harris and Defendant LSP Products Group, Inc. ("LSP") and file this Joint Stipulation for Extension of Time, and in support thereof show as follows:

WHEREAS, this case was transferred to this Court from the Central District of California (No. 2:18-cv-03091-FMO-AGR) on November 14, 2018, (Dkt. #62), after the transferor court granted LSP Product Group, Inc.'s ("LSP") Motion to Transfer (Dkt. #38) on November 13, 2018. (Dkt. #61).

WHEREAS, in light of the transfer, the transferor court also denied LSP's Motion to Dismiss or Strike (Dkt. #33) but did so without prejudice. (Dkt. #61).

WHEREAS, the deadline for LSP to respond to the Amended Complaint is November 27, 2018, since the transferor court disposed of LSP's pending motions. *See* Fed. R. Civ. P. 12(a)(4)(A).

WHEREAS, LSP intends to renew its Motion to Dismiss or Strike, but needs to revise said Motion because, among other things, the transfer of this case renders some of the arguments raised therein moot.

WHEREAS, in light of the upcoming Thanksgiving holiday and prior commitments of counsel, Plaintiff has agreed to a three-week extension, up to and including December 18, 2018, for LSP to file its renewed Motion to Dismiss or Strike.

WHEREAS, the agreed upon extension could cause Plaintiff's response to the forthcoming Motion to be due over the Christmas, Hanukah, and New Year holidays, *see* L.R. 230(c), LSP has agreed to a reciprocal three-week extension, making Plaintiff's response due on or before January 21, 2019.

WHEREAS the parties have not previously sought any extensions of time to file or respond to a responsive pleading in this Court; however, the parties

previously stipulated to and obtained such an extension in the transferor court, and did timely file in that court motions to dismiss and transfer.

WHEREAS, good cause exists for the mutual three-week extensions.

Thus, the parties jointly stipulate that:

LSP's renewed Motion to Dismiss or Strike is due on or before December 18, 2018, and Plaintiff's response thereto is due on or before January 22, 2019.

**AGREED:**

DATED: November 20, 2018          TIMOTHY D. McGONIGLE PROF. CORP.

By:  _/s/ Thomas W. Foote_
     Thomas W. Foote

     Attorneys for Defendant
     LSP PRODUCTS GROUP, INC.

DATED: November 20, 2018          LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: _/s/ Rachel Soffin (as authorized on 11/20/18)_
     Rachel Soffin (PHV application forthcoming)

     Attorneys for Plaintiff Tiffany Harris

**IT IS SO ORDERED**:

Dated: November 27, 2018

_____
Troy L. Nunley
United States District Judge