TIMOTHY D. McGONIGLE PROF. CORP.
Thomas W. Foote (SBN 151013)
tfoote@gmail.com
Teresa Z. Youhanaie (SBN143393)
tyouhanaie@icloud.com
1880 Century Park East, Suite 516
Los Angeles, California 90067
Telephone: (310) 478-7110
Facsimile: (888) 266-9410

BAKER, DONELSON, BEARMAN, CALDWELL
 & BERKOWITZ, PC
Amy L. Champagne (admitted *pro hac vice*)
achampagne@bakerdonelson.com
Samuel D. Gregory (*admitted pro hac vice*)
sdgregory@bakerdonelson.com
100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: (601) 351-2400
Facsimile:  (601) 351-2424

*Attorneys for Defendant*
LSP Products Group, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY HARRIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LSP PRODUCTS GROUP, INC.<br><br>Defendant. | Case No. CV 2:18-02973-TLN-KJN<br><br>**STIPULATION AND ORDER PERMITING LSP PRODUCTS GROUP, INC. TO EXCEED PAGE LIMIT FOR ITS REPLY BRIEF BY FIVE PAGES**<br><br>HEARING DATE: February 21, 2019<br>TIME: 2:00 p.m.<br>JUDGE: Hon. Troy L. Nunley<br>COURTROOM: 2 |

**STIPULATION**

COME NOW, Defendant LSP Products Group, Inc. ("LSP") and Plaintiff Tiffany Harris and stipulate that LSP may have an additional five pages for its reply brief in support of its Motion to Dismiss or Strike Plaintiff's First Amended Complaint, and in support thereof show as follows:

WHEREAS, LSP filed a Motion to Dismiss or Strike First Amended Complaint ("Motion to Dismiss"), which was set for hearing on February 21, 2019. (Dkt. #68).

WHEREAS, on February 5, 2019, the Court ordered that the Motion to Dismiss would be submitted without oral argument and that LSP "may still file a reply brief in accordance with Local Rule 230(d) and the 2/21/2019 date" (i.e., Thursday, February 14, 2019). (Dkt. #74).

WHEREAS, the lack of a hearing makes it crucial that LSP's reply brief fully respond to Plaintiff's 20-page Opposition to LSP's Motion to Dismiss (Dkt. #73).

WHEREAS, the Court's standard case management procedures permit 10 pages for reply briefs, unless the Court allows this page limitation to be exceeded.[1]

WHEREAS, LSP needs an additional five pages, for a total of 15 pages, to adequately respond to the arguments raised in Plaintiff's Opposition.

WHEREAS, Plaintiff does not oppose LSP's request for additional pages.

Thus, the parties stipulate that:

LSP may have an additional five pages, for a total of 15 pages, for its reply brief in support of its Motion to Dismiss.

**AGREED:**

DATED: February 7, 2019        TIMOTHY D. McGONIGLE PROF. CORP.

By:   */s/ Teresa Z. Youhanaie*
      Teresa Z. Youhanaie

      Attorneys for Defendant
      LSP PRODUCTS GROUP, INC.

---

[1] LSP is aware of the Court's instructions to request additional pages at least 14 days prior to filing any document. However, LSP was not aware of the need to request additional pages 14 days in advance of the February 14, 2019 filing deadline and is bringing this Stipulation as soon as it became aware of its need for additional pages. Therefore, LSP respectfully requests that the Court entertain this Stipulation.

DATED: February 7, 2019        GREG COLEMAN LAW, P.C.

By: */s/ Rachel Soffin (as authorized on 2/7/19)*
    Rachel Soffin

Attorneys for Plaintiff Tiffany Harris

**IT IS SO ORDERED:**

**Dated: February 7, 2019**

_____
Troy L. Nunley
United States District Judge