TIMOTHY D. McGONIGLE PROF. CORP.
Teresa Z. Youhanaie (SBN143393)
tyouhanaie@icloud.com
1880 Century Park East, Suite 516
Los Angeles, California 90067
Telephone: (310) 478-7110
Facsimile: (888) 266-9410

BAKER, DONELSON, BEARMAN, CALDWELL
 & BERKOWITZ, PC
Amy L. Champagne (admitted *pro hac vice*)
achampagne@bakerdonelson.com
Samuel D. Gregory (*admitted pro hac vice*)
sdgregory@bakerdonelson.com
100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: (601) 351-2400
Facsimile:  (601) 351-2424

*Attorneys for Defendant*
LSP Products Group, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY HARRIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LSP PRODUCTS GROUP, INC.<br><br>Defendant. | Case No. 2:18-cv-02973-TLN-KJN<br><br>**JOINT STIPULATION FOR EXTENSION OF DEADLINES and ORDER**<br><br>Hon. Troy L. Nunley |

### JOINT STIPULATION

COME NOW, Defendant LSP Products Group, Inc. ("LSP") and Plaintiff Tiffany Harris and FILE THIS Joint Stipulation for Extension of Deadlines, and in support thereof show as follows:

WHEREAS, on May 28, 2019, the Court entered its Amended Pretrial Scheduling Order that set multiple deadlines that are triggered by the Court's ruling on Defendant's Motion to

1

1  Dismiss. (Dkt. #78).

2  WHEREAS, on June 30, 2021, the Court granted Defendant's Motion to Dismiss which
3  allowed Plaintiff to file an amended complaint within 30 days. (Dkt. #81).

4  WHEREAS, in light of the order, Defendant's deadline to file third-party claims, join
5  additional parties, or amend the pleadings is the same as Plaintiff's deadline to amend the
6  complaint.

7  WHEREAS, Plaintiff needs an additional 3 weeks to amend the complaint.

8  WHEREAS, the parties agree that the deadlines in the Amended Pretrial Scheduling Order
9  should not begin to run until after Defendant files an Answer to Plaintiff's forthcoming Amended
10 Complaint.

11 WHEREAS, good cause exists for the mutual extension.

12 Thus, the parties stipulate that:

13 1. Plaintiff's amended complaint is due on or before August 20, 2021.

14 2. The deadlines in the Amended Pretrial Scheduling Order (Dkt. #78) originally
15    calculated from the Court's ruling on Defendant's Motion to Dismiss (Dkt. #81) will,
16    instead, be calculated from Defendant's Answer to Plaintiff's forthcoming Amended
17    Complaint.  If Defendant files a motion to dismiss in response to Plaintiff's
18    forthcoming Amended Complaint, then the deadlines in the Amended Pretrial
19    Scheduling Order (Dkt. #78) will be calculated from Defendant's Answer to any
20    subsequently amended or operative complaint following a ruling on that motion to
21    dismiss.

22

23 **AGREED:**

24 DATED: July 29, 2021                TIMOTHY D. McGONIGLE PROF. CORP.

25                                     By:   /s/ Teresa Z. Youhanaie
                                             Teresa Z. Youhanaie
26

27                                     Attorneys for Defendant
                                       LSP PRODUCTS GROUP, INC.
28

DATED: July 29, 2021

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

By: */s/ Rachel Soffin (as authorized on 7/29/21)*
Rachel Soffin

Attorneys for Plaintiff Tiffany Harris

**IT IS SO ORDERED**, this the 29th day of July, 2021.

Troy L. Nunley
United States District Judge

3