| | |
|---|---|
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC<br>astraus@milberg.com<br>280 S. Beverly Drive, Suite PH<br>Beverly Hills, CA 90212<br>Telephone: (917) 471-1894<br><br>*Attorneys for Plaintiff* | TIMOTHY D. McGONIGLE PROF. CORP.<br>Teresa Z. Youhanaie (SBN143393)<br>tyouhanaie@icloud.com<br>1880 Century Park East, Suite 516<br>Los Angeles, California 90067<br>Telephone: (310) 478-7110<br>Facsimile:  (888) 266-9410<br><br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>Amy L. Champagne (admitted *pro hac vice*)<br>achampagne@bakerdonelson.com<br>Samuel D. Gregory (admitted *pro hac vice*)<br>sdgregory@bakerdonelson.com<br>100 Vision Drive, Suite 400<br>Jackson, MS 39211<br>Telephone: (601) 351-2400<br>Facsimile:  (601) 351-2424<br><br>*Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIFFANY HARRIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LSP PRODUCTS GROUP, INC.<br><br>Defendant. | Case No. 2:18-cv-02973-TLN-KJN<br><br>**JOINT STIPULATION FOR EXTENSION OF DEADLINES**<br><br>Hon. Troy L. Nunley |

1

**JOINT STIPULATION**

COME NOW, Defendant LSP Products Group, Inc. ("LSP") and Plaintiff Tiffany Harris and FILE THIS Joint Stipulation for Extension of Deadlines, and in support thereof show as follows:

WHEREAS, on May 28, 2019, the Court entered its Amended Pretrial Scheduling Order that set multiple deadlines that are triggered by the Court's ruling on Defendant's Motion to Dismiss. (Dkt. #78).

WHEREAS, on June 30, 2021, the Court granted Defendant's Motion to Dismiss which allowed Plaintiff to file an amended complaint within 30 days. (Dkt. #81).

WHEREAS, on July 29, 2021, the Court issued an Order agreeing to a Joint Stipulation by the Parties setting August 20, 2021, as Plaintiff's new deadline to file an Amended Complaint, and further describing how the other deadlines in the Amended Pretrial Scheduling Order (Dkt # 78) would be re-calculated (Dkt # 83).

WHEREAS, due to serious health issues and scheduling conflicts, Plaintiff needs additional time to file her Amended Complaint, and Defendant anticipates needing more than the standard two weeks to then file an anticipated responsive pleading.

WHEREAS, good cause exists for the mutual extension.

Thus, the parties stipulate that:

1. Plaintiff's amended complaint is due on or before September 17, 2021.
2. Defendant's responsive pleading is due on or before October 18, 2021.
3. The deadlines in the Amended Pretrial Scheduling Order (Dkt. #78) will continue to be calculated as described in the Order of July 29, 2021 (Dkt # 83).

**AGREED:**

DATED: August 19, 2021                MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

                                            By: /s/ Ales R. Straus
                                                Alex R. Straus

                                                Attorneys for Plaintiff Tiffany Harris

DATED: August 19, 2021                TIMOTHY D. McGONIGLE PROF. CORP.

                                            By: /s/ Teresa Z. Youhanaie
                                                Teresa Z. Youhanaie

                                                Attorneys for Defendant
                                                LSP PRODUCTS GROUP, INC.

**IT IS SO ORDERED**, this the 20th day of August, 2021.

_____
Troy L. Nunley
United States District Judge