| | |
|---|---|
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC<br>astraus@milberg.com<br>280 S. Beverly Drive, Suite PH<br>Beverly Hills, CA 90212<br>Telephone: (917) 471-1894<br><br>*Attorneys for Plaintiff* | TIMOTHY D. McGONIGLE PROF. CORP.<br>Teresa Z. Youhanaie (SBN143393)<br>tyouhanaie@icloud.com<br>1880 Century Park East, Suite 516<br>Los Angeles, California 90067<br>Telephone: (310) 478-7110<br>Facsimile:  (888) 266-9410<br><br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>Amy L. Champagne (admitted *pro hac vice*)<br>achampagne@bakerdonelson.com<br>Samuel D. Gregory (*admitted pro hac vice*)<br>sdgregory@bakerdonelson.com<br>100 Vision Drive, Suite 400<br>Jackson, MS 39211<br>Telephone: (601) 351-2400<br>Facsimile:  (601) 351-2424<br><br>*Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIFFANY HARRIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LSP PRODUCTS GROUP, INC.<br><br>Defendant. | Case No. 2:18-cv-02973-TLN-KJN<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINES**<br><br>Hon. Troy L. Nunley |

1

**JOINT STIPULATION**

COME NOW, Defendant LSP Products Group, Inc. ("LSP") and Plaintiff Tiffany Harris and FILE THIS Joint Stipulation for Extension of Deadlines, and in support thereof show as follows:

WHEREAS, on May 28, 2019, the Court entered its Amended Pretrial Scheduling Order that set multiple deadlines that are triggered by the Court's ruling on Defendant's Motion to Dismiss. (Dkt. #78).

WHEREAS, on June 30, 2021, the Court granted Defendant's Motion to Dismiss which allowed Plaintiff to file an amended complaint within 30 days. (Dkt. #81).

WHEREAS, on July 29, 2021, the Court issued an Order agreeing to a Joint Stipulation by the Parties setting August 20, 2021, as Plaintiff's new deadline to file an Amended Complaint, and further describing how the other deadlines in the Amended Pretrial Scheduling Order (Dkt # 78) would be re-calculated (Dkt # 83).

WHEREAS, on August 20, 2021, the Court issued an Order agreeing to a Joint Stipulation by the Parties setting September 17, 2021, as Plaintiff's new deadline to file an Amended Complaint, and further describing how the other deadlines in the Amended Pretrial Scheduling Order (Dkt # 78) would be re-calculated (Dkt # 85).

WHEREAS, on August 20, 2021, attorney Alex R. Straus filed his Notice of Appearance on behalf of Plaintiff (Dkt. # 86).

WHEREAS, due to scheduling conflicts and the recent appearance of attorney Alex R. Straus, Plaintiff needs additional time to file her Amended Complaint, and Defendant anticipates needing more than the standard two weeks to then file an anticipated responsive pleading.

WHEREAS, good cause exists for the mutual extension.

Thus, the parties stipulate that:

1. Plaintiff's amended complaint is due on or before October 15, 2021.
2. Defendant's responsive pleading is due on or before December 3, 2021.
3. The deadlines in the Amended Pretrial Scheduling Order (Dkt. #78) will continue to be calculated as described in the Order of July 29, 2021 (Dkt # 83).

**AGREED:**

DATED: September 17, 2021        MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

By:  /s/ *Alex R. Straus*
     Alex R. Straus

     Attorneys for Plaintiff Tiffany Harris

DATED: September 17, 2021        TIMOTHY D. McGONIGLE PROF. CORP.

By: /s/
     Teresa Z. Youhanaie

     Attorneys for Defendant
     LSP PRODUCTS GROUP, INC.

**IT IS SO ORDERED**, this the 17th day of September, 2021.

                                                    Troy L. Nunley
                                                    United States District Judge